UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 11 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ADRIAN MOON,

        Plaintiff - Appellant,

v.

LEROY BACA, Sheriff, individual and official capacity; et al.,

        Defendants - Appellees.

No. 12-56630

D.C. No. 2:12-cv-05754-UA-MLG
U.S. District Court for Central California, Los Angeles

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

This order served on the district court shall constitute the mandate of this court.

                              FOR THE COURT:
                              Molly C. Dwyer
                              Clerk of Court

                              Tina S. Price
                              Deputy Clerk